IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NESTOR HERNANDEZ                           CASE:  **1:11–CV–01701–BAM**

                            vs.

**OLMOS, ET AL.**                                    **ORDER OF REASSIGNMENT**

_____  /

        The court, having considered the appointment of **Magistrate Judge**

**Barbara A. McAuliffe** finds the necessity for reassignment of the above captioned case,

and for notice to be given to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from

**Magistrate Judge Sandra M. Snyder** to **Magistrate Judge Barbara A. McAuliffe** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:

                            **1:11–CV–01701–BAM**

        All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

        DATED: October 17, 2011

                                    _____

                                    **ANTHONY W. ISHII**, CHIEF
                                    U.S. DISTRICT COURT JUDGE